IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARVINDER S. SANDHU, M.D. and KYPHON INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC SOFAMOR DANEK, INC., MEDTRONIC SOFAMOR DANEK USA, INC., and SDGI HOLDING, INC., <br><br> Defendants. | C.A. No. 06-mc-178 <br><br> C.A. No. 05-2863-JPM-dkv <br> (Western District of Tennessee) |

**WITHDRAWAL OF PLAINTIFFS' AND NON-PARTY
DR. MICHAEL R. MARKS' COMBINED MOTION AND SUPPORTING
MEMORANDUM OF LAW FOR A PROTECTIVE ORDER
AND TO QUASH DEFENDANTS' SUBPOENA TO
<u>DR. MICHAEL MARKS PURSUANT TO FED. R. CIV. P. 26(c) AND 45(c)</u>**

FISH & RICHARDSON P.C.
Thomas L. Halkowski (DE #4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA  02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

WYATT, TARRANT & COMBS, LLP
Glen G. Reid, Jr. (TN #8184)
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Tel: (901) 537-1000
Fax: (901) 537-1010

Attorneys for Plaintiffs
HARVINDER S. SANDHU, M.D. and
KYPHON INC., and Non-Party
MICHAEL R. MARKS, M.D.

DATED:  October 2, 2006

Defendants have provided written confirmation that they are withdrawing their September 19, 2006, subpoena to Dr. Michael Marks. Plaintiffs and Dr. Marks therefore withdraw their combined motion seeking to quash the subpoena and for issuance of a protective order.

Dated: October 2, 2006

FISH & RICHARDSON P.C.

By: /s/ *Thomas L. Halkowski*
Thomas L. Halkowski (DE #4099)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Frank E. Scherkenbach
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Fax: (617) 542-8906

WYATT, TARRANT & COMBS, LLP
Glen G. Reid, Jr. (TN #8184)
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Tel: (901) 537-1000
Fax: (901) 537-1010

Attorneys for Plaintiffs
HARVINDER S. SANDHU, M.D. and
KYPHON INC., and
Non-Party MICHAEL R. MARKS, M.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October 2006, I electronically filed the attached **WITHDRAWAL OF PLAINTIFFS' AND NON-PARTY DR. MICHAEL R. MARKS' COMBINED MOTION AND SUPPORTING MEMORANDUM OF LAW FOR A PROTECTIVE ORDER AND TO QUASH DEFENDANTS' SUBPOENA TO DR. MICHAEL MARKS PURSUANT TO FED. R. CIV. P. 26(c) AND 45(c)** with the Clerk of Court using CM/ECF. A copy of the document was served on the following attorneys via e-mail and first class mail:

| | |
|---|---|
| **Leo Maurice Bearman, Jr.**<br>**Bradley E. Trammell**<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ<br>First Tennessee Bank Building<br>165 Madison Ave., Ste. 2000<br>Memphis, TN 38103<br>901-526-2000 | Attorneys for Defendants<br><br>MEDTRONIC SOFAMOR DANEK, INC.<br><br>MEDTRONIC SOFAMOR DANEK USA, INC.<br><br>SDGI HOLDINGS, INC. |
| **Michael A. O'Shea**<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 New Hampshire Ave, N.W.<br>Washington, DC 20036<br>202-887-4570 | |
| **Michael Simons**<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>300 W 6th St<br>Ste 2100<br>Austin, TX 78701<br>512-499-6253 | |
| **Steven M. Zager**<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana<br>44th Floor<br>Houston, TX 77002<br>713-220-5800 | |

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)

80037582.doc